AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| MARK SNYDER,<br>*Plaintiff*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION,<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:20-cv-392<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Defendant U.S. Bank's motion for summary judgment (Doc. 16) is GRANTED with respect to Count One and Count Two of the complaint and those claims are DISMISSED; this case is hereby REMANDED to the Hamilton County, Ohio Court of Common Pleas; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Timothy S. Black, U.S. District Judge  on a motion for summary judgment (Doc. 16).

Date: 3/28/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*